In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-259 CR


____________________



JUAN CARLOS VARELA, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. CR25889






 MEMORANDUM OPINION 


 We have before the Court an appeal by Juan Carlos Varela from a sentence
pronounced April 25, 2006. On July 6, 2006, we denied appellant's motion for extension of
time to file notice of appeal, because the motion was not filed within the time permitted
under the rules of appellate procedure. Tex. R. App. P. 26.3(b). The notice of appeal was
filed with the trial court on June 16, 2006, more than thirty days from the date sentence was
imposed in open court. The Court finds the notice of appeal was not timely filed. Tex. R.
App. P. 26.2; see Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); Olivo v.
State, 918 S.W.2d 519 (Tex. Crim. App. 1996). Appellant has not obtained an out-of-time
appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to
entertain this appeal. Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered September 6, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.